# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| WILLIAM DEREK RUSSELL, deceased by next of kin Z.R., a minor, by next friends CINDY FAWVER and FRANK RUSSELL <br><br> *Plaintiff(s)* <br><br> v. <br><br> PHOENIX REDEVELOPMENT BRISTOL, INC. <br><br> *Defendant(s)* | Civil Action No. 2:22-CV-86 |

**ALIAS**     **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* PHOENIX REDEVELOPMENT BRISTOL, LLC
Reg Agent C T Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
F. Braxton Terry / T. Dillon Parker
THE TERRY LAW FIRM
116 East Main Street
P.O. Box 724
Morristown, TN 37814
423-586-5800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 30, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-86

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
    on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
    , a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*
    on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify):* I served the registered agent for Phoenix Redevelopment Bristol, LLC by certified mail. CT Corporation received the Complaint and Summons on 9-2-2022.

My fees are $    for travel and $    for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: September 6, 2022

*Server's signature*

F. Braxton Terry
The Terry Law Firm
116 East Main Street *Printed name and title*
P.O. Box 724
Morristown, TN 37815

*Server's address*

Additional information regarding attempted service, etc: