| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖ barcode ‖‖‖<br>9590 9266 9904 2172 3330 07 | A. Signature: X _Samantha Sikes_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): _SEP 02 2022_  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>CT Corporation System<br>300 Montvue Road<br>Knoxville, TN 37919-5546 | |
| | 3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2172 3330 04 | Reference Information<br>F. Braxton (Brack) Terry<br>Russell, William Derek dec bnf Cindy<br>Fawver and Frank Russell v. Phoenix<br>Redevelopment Bristol, LLC 17931 |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |