UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

WILLIAM DEREK RUSSELL,
Deceased, by next of kin, Z.R., a minor,
By next friends, CINDY FAWVER and
FRANK RUSSELL,

    Plaintiffs,

v.                            Case No.:    2:22-CV-86

PHOENIX REDEVELOPMENT BRISTOL, LLC,

    Defendant.

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Notice is hereby given, and the clerk is hereby requested, to enter an appearance of the undersigned as additional counsel for the above-named Defendant, Phoenix Redevelopment Bristol, LLC.

                Respectfully submitted:

                /s/ Andrew N. Firkins
                Andrew N. Firkins (BPR# 033982)
                *Attorneys for Defendant*
                 *Phoenix Redevelopment Bristol, LLC*
                Spicer Rudstrom, PLLC
                800 South Gay Street, Suite 1400
                Knoxville, TN  37929
                Phone: (865) 244-4663
                Facsimile: (865) 673-8972
                Email: afirkins@spicerfirm.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the 20th day of September, 2022, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                    /s/ Andrew N. Firkins
                                    Andrew N. Firkins (BPR# 033982)