UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

WILLIAM DEREK RUSSELL,
Deceased, by next of kin, Z.R., a minor,
By next friends, CINDY FAWVER and
FRANK RUSSELL,

   Plaintiffs,

v.          Case No.: 2:22-CV-86

PHOENIX REDEVELOPMENT BRISTOL, LLC.,

   Defendant.
_____

### STIPULATION OF EXTENSION OF TIME FOR DEFENDANT PHOENIX REDEVELOPMENT BRISTOL, INC. TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT
_____

IT IS HEREBY STIPULATED by the undersigned parties, through their respective counsel, and pursuant to Local Rule 12.1(a), that Defendant Phoenix Redevelopment Bristol, LLC., shall have an additional twenty-one (21) days, from the original twenty-one (21) day deadline of September 23, 2022, within which to respond to Plaintiffs' Complaint. Therefore, the last day for Defendant Phoenix Redevelopment Bristol, LLC. to respond to Plaintiffs' Complaint shall be October 14, 2022.

Respectfully submitted this 21st day of September, 2022:

/s/ _F. Braxton Terry_____
F. Braxton Terry (BPR# 018248)
T. Dillon Parker (BPR# 037073)
*Attorneys for Plaintiffs*
The Terry Law Firm
116 E. Main Street
Morristown, TN 37815-4714
Phone: (423) 586-5800
Email: brack@terry-lawfirm.com
   dillon@terry-lawfirm.com

/s/ Andrew N. Firkins
Clint J. Woodfin (BPR# 016346)
Andrew N. Firkins (BPR# 033982)
*Attorneys for Defendant*
*Phoenix Redevelopment Bristol, LLC.*
Spicer Rudstrom, PLLC
800 South Gay Street, Suite 1400
Knoxville, TN  37929
Phone: (865) 244-4663
Email: cwoodfin@spicerfirm.com
         afirkins@spicerfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

/s/ Andrew N. Firkins
Clint J. Woodfin (BPR# 016346)
Andrew N. Firkins (BPR# 033982)